# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Standish, William L. | U.S. Dist Court, W. Dist of PA | 1/16/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Senior | ☐ Nomination, Date<br>☐ Initial ☐ Annual ☑ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>09/30/2012 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 6170 U.S. Post Office & Cthse<br>700 Grant Street<br>Pittsburgh, PA 15219 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Co-Trustee of Trust No. 13 |
| 2. | Co-Trustee | Co-Trustee of Trust No. 22 |
| 3. | Co-Trustee | Co-Trustee of Trust No. 23 |
| 4. | Co-Trustee | Co-Trustee of Trust No. 24 |
| 5. | Trustee | Western Pennsylvania School for the Deaf |
| 6. | Trustee | Sewickley Valley YMCA |
| 7. | Director | Pittsburgh Theological Seminary |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1.1 (100% Interest) | G | Int./Div. | P2 | T | | | P1 | G | See Section VIII #1 |
| 2. -Blackrock PA Muni MM Inst Shares #40 | | | | | Mon Mkt Inv | | | | |
| 3. -Altoona PA City Wtr Rev 4.25-2015 | | | | | | | | | |
| 4. -Bucks Cnty PA Wtr&Sewr Auth 4.0-2012 | | | | | Matured | 06/01/12 | | | |
| 5. -Lancaster PA Pkg Auth Rev 4.0-2015 | | | | | | | | | |
| 6. -Lower Merion PA Sch Dist 3.85-2014 | | | | | | | | | |
| 7. -PA St Higher Edl Col of Med 3.75-2012 | | | | | Matured | 05/01/12 | | | |
| 8. -Unionville Chadds Ford PA Sch 3.5-2013 | | | | | | | | | |
| 9. -Red Lion PA Sch Dist FGIC 4.0-2013 | | | | | | | | | |
| 10. -SpringFord Sch Dist XLCA 4.0-2014 | | | | | Sold | 01/23/12 | | | |
| 11. -SpringFord PA Sch Dist 4.0-2014 | | | | | Buy | 01/23/12 | | | |
| 12. -SpringFord PA Sch Dist 4.0-2014 | | | | | Buy | 01/23/12 | | | |
| 13. -Abbott Labs Inc | | | | | | | | | |
| 14. -Air Products & Chemicals Inc | | | | | | | | | |
| 15. -Altria Group Inc | | | | | | | | | |
| 16. -American Tower Corp Cl A | | | | | | | | | |
| 17. -Apple Inc | | | | | Buy | 01/25/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Automatic Data Processing | | | | | | | | | |
| 19. -Coca Cola Co | | | | | | | | | |
| 20. -Covidien PLC | | | | | | | | | |
| 21. -Dominion Res Inc VA | | | | | | | | | |
| 22. -Dover Corp | | | | | | | | | |
| 23. -Dupont E I De Nemours & Co | | | | | | | | | |
| 24. -EMC Corp | | | | | | | | | |
| 25. -Emerson El Co | | | | | | | | | |
| 26. -Exxon Mobil Corp | | | | | | Sold (part) | 01/25/12 | | | |
| 27. -Fedex Corp | | | | | | Sold | 01/25/12 | | | |
| 28. -Franklin Resources Inc | | | | | | | | | |
| 29. -Freeport McMoran Copper & Gold Inc | | | | | | | | | |
| 30. -Frontier Communications | | | | | | Sold | 01/25/12 | | | |
| 31. -General Electric Co | | | | | | | | | |
| 32. -Google Inc Cl A | | | | | | | | | |
| 33. -Harbor International Fund | | | | | | | | | |
| 34. -Heinz H J Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Hewlett-Packard Co | | | | | Sold | 01/25/12 | | | |
| 36. -Home Depot Inc | | | | | Buy (add'l) | 01/25/12 | | | |
| 37. -Illinois Tool Works Inc | | | | | Sold | 01/25/12 | | | |
| 38. -Intel | | | | | Buy | 01/25/12 | | | |
| 39. -Ishares JP Morgan USD Emerging Mkts Bond Fd | | | | | Buy | 01/25/12 | | | |
| 40. -Ishares Nasdaq Biotech Index ETF | | | | | Buy | 01/25/12 | | | |
| 41. -Ishares Russell 1000 Index Fund | | | | | | | | | |
| 42. -Ishares Russell 2000 Growth Index Fund | | | | | | | | | |
| 43. -Ishares Russell 2000 Value Index Fund | | | | | | | | | |
| 44. -JP Morgan Chase & Co | | | | | | | | | |
| 45. -Kraft Foods Inc | | | | | | | | | |
| 46. -Macy's Inc | | | | | Buy | 01/25/12 | | | |
| 47. -McDonalds Corp | | | | | Buy (add'l) | 01/25/12 | | | |
| 48. -Merck & Co Inc | | | | | | | | | |
| 49. -Microsoft Corp | | | | | | | | | |
| 50. -Oracle Corp | | | | | | | | | |
| 51. -Phillip Morris | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Price T Rowe Group Inc | | | | | | | | | |
| 53. -Qualcomm | | | | | Buy | 01/25/12 | | | |
| 54. -Southern Co | | | | | | | | | |
| 55. -3M Company | | | | | | | | | |
| 56. -United Technologies Corp. | | | | | | | | | |
| 57. -Verizon | | | | | | | | | |
| 58. -Walgreen Co | | | | | | | | | |
| 59. -Wells Fargo & Co | | | | | | | | | |
| 60. -Zimmer Holdings Inc | | | | | | | | | |
| 61. -Fidelity Advisor Floating High Income Fd I | | | | | Buy | 01/25/12 | | | |
| 62. -Financial Select Sector SPDR Fund ETF | | | | | Buy | 01/25/12 | | | |
| 63. -T Rowe Price Institutional Floating Rate Fd | | | | | Buy | 01/25/12 | | | |
| 64. -Vanguard Emerging Mkts ETF | | | | | | | | | |
| 65. -Vanguard FTSE All World Ex US | | | | | | | | | |
| 66. Trust #2 (1/2 Income Int) | E | Int./Div. | P1 | T | | | N | D | See Section VIII #1 |
| 67. -BNY Mellon MM Fund Cl M | | | | | | | | | |
| 68. -Alliance Data Sys Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Allscripts-Misys Healthcare Solution | | | | | | | | | |
| 70. -Amazon.Com Inc | | | | | | | | | |
| 71. -American Express Co | | | | | | | | | |
| 72. -American International Group Inc | | | | | Buy | 09/17/12 | | | |
| 73. -American Tower Corp | | | | | Buy | 07/11/12 | | | |
| 74. -Ameriprise Financial Inc | | | | | | | | | |
| 75. -Anadarko Petroleum Corp | | | | | Buy (add'l) | 01/31/12 | | | |
| 76. -Apache Corp | | | | | | | | | |
| 77. -Apple | | | | | | | | | |
| 78. -AT&T Inc | | | | | Sold | 01/03/12 | | | |
| 79. -Autoliv Inc | | | | | | | | | |
| 80. -Bank of America Corp | | | | | Sold | 01/03/12 | | | |
| 81. -Baxter International Inc | | | | | Sold | 06/20/12 | | | |
| 82. -Capital One Financial Corp | | | | | | | | | |
| 83. -Carnival Corp | | | | | | | | | |
| 84. -Caterpillar Inc | | | | | | | | | |
| 85. -Cbs Corp Class B | | | | | Buy (add'l) | 01/31/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Cbs Corp Class B | | | | | Buy (add'l) | 02/01/12 | | | |
| 87. -Chubb Corp | | | | | | | | | |
| 88. -Cigna Corp | | | | | | | | | |
| 89. -Citigroup Inc | | | | | Sold | 01/03/12 | | | |
| 90. -Coca-Cola Enterprises Inc | | | | | Buy | 02/22/12 | | | |
| 91. -Cognizant Technology Solutions Corp | | | | | | | | | |
| 92. -Conocophillips (Spinoff of Phillips 66) | | | | | | 05/01/12 | | | |
| 93. -Cooper Industries PLC | | | | | Buy | 03/16/12 | | | |
| 94. -Covidien PLC | | | | | | | | | |
| 95. -Cummins Inc | | | | | Sold | 06/13/12 | | | |
| 96. -Danaher Corp | | | | | | | | | |
| 97. -Disney Walt Co | | | | | Buy | 06/12/12 | | | |
| 98. -Dr Pepper Snapple Group Inc | | | | | Buy | 06/19/12 | | | |
| 99. -DuPont EI De Nemours | | | | | Sold | 04/03/12 | | | |
| 100. -Eaton Corp | | | | | Buy | 04/03/12 | | | |
| 101. -Electronic Arts Inc | | | | | Sold | 06/20/12 | | | |
| 102. -EMC Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Energizer Holdings | | | | | Sold | 06/13/12 | | | |
| 104. -Ensco International PLC (Merged With Ensco PLC) | | | | | Merged (with line 105) | 05/22/12 | | | |
| 105. -Ensco PLC (Merged With Ensco International PLC) | | | | | | 05/22/12 | | | |
| 106. -Eog Res Inc | | | | | | | | | |
| 107. -Exxon Mobil Corp | | | | | | | | | |
| 108. -Fedex Corp | | | | | Buy | 01/31/12 | | | |
| 109. -Fedex Corp | | | | | Buy (add'l) | 02/01/12 | | | |
| 110. -Fedex Corp | | | | | Buy (add'l) | 06/26/12 | | | |
| 111. -Ford Motor Co | | | | | Sold | 01/03/12 | | | |
| 112. -General Electric Co | | | | | | | | | |
| 113. -Google Inc | | | | | | | | | |
| 114. -Hess Corp | | | | | Sold (part) | 01/31/12 | | | |
| 115. -Hess Corp | | | | | Sold | 02/01/12 | | | |
| 116. -Honeywell Int'l Inc | | | | | Sold | 03/16/12 | | | |
| 117. -IBM | | | | | | | | | |
| 118. -Informatica Corp | | | | | | | | | |
| 119. -Intercontinentalexchange Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Intuit | | | | | | | | | |
| 121.  -Johnson & Johnson | | | | | Buy | 06/19/12 | | | |
| 122.  -JP Morgan Chase & Co | | | | | | | | | |
| 123.  -Limited Brands Inc | | | | | Sold | 07/27/12 | | | |
| 124.  -Lincoln National Corp Ind | | | | | Sold (part) | 01/31/12 | | | |
| 125.  -Lincoln National Corp Ind | | | | | Sold | 02/02/12 | | | |
| 126.  -Lorillard Inc | | | | | Buy (add'l) | 02/22/12 | | | |
| 127.  -Lorillard Inc | | | | | Sold | 09/18/12 | | | |
| 128.  -Lyondellbasell Industries NV | | | | | Buy | 04/03/12 | | | |
| 129.  -Lyondellbasell Industries NV | | | | | Buy (add'l) | 05/02/12 | | | |
| 130.  -McKesson Corp | | | | | Sold (part) | 05/03/12 | | | |
| 131.  -Merck & Co Inc | | | | | | | | | |
| 132.  -Midcap SPDR Trust Series 1 Standard & Poor's Midcap 400 | | | | | Buy | 01/03/12 | | | |
| 133.  -Moodys Corp | | | | | Buy | 04/04/12 | | | |
| 134.  -Moodys Corp | | | | | Buy (add'l) | 05/03/12 | | | |
| 135.  -National Oilwell Varco Inc | | | | | | | | | |
| 136.  -Netapp Inc | | | | | Sold | 06/26/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -News Corp Inc | | | | | | | | | |
| 138. -Nextera Energy Inc | | | | | | | | | |
| 139. -Norfolk Southern Corp | | | | | Sold | 02/22/12 | | | |
| 140. -Occidental Petro Corp | | | | | | | | | |
| 141. -Omnicom Group Inc | | | | | Sold | 01/03/12 | | | |
| 142. -Oracle Corp | | | | | Sold (part) | 04/04/12 | | | |
| 143. -Pepsico Inc | | | | | | | | | |
| 144. -Phillip Morris | | | | | | | | | |
| 145. -Phillips 66 (Spinoff From Conocophillips) | | | | | Spinoff (from line 92) | 05/01/12 | | | |
| 146. -Phillips 66 | | | | | Sold | 05/08/12 | | | |
| 147. -Pfizer Inc | | | | | | | | | |
| 148. -Ppl Corp | | | | | | | | | |
| 149. -Praxir Inc | | | | | | | | | |
| 150. -Procter & Gamble Co | | | | | Sold (part) | 03/30/12 | | | |
| 151. -Procter & Gamble Co | | | | | Sold | 04/02/12 | | | |
| 152. -PVH Corp | | | | | | | | | |
| 153. -Qualcomm Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Ralcorp Hldgs Inc New | | | | | Buy | 03/30/12 | | | |
| 155. -Ralcorp Hldgs Inc New | | | | | Buy (add'l) | 04/04/12 | | | |
| 156. -Robert Half Intl Inc | | | | | | | | | |
| 157. -Sanofi-Aventis ADR | | | | | Buy | 07/25/12 | | | |
| 158. -SPDR Trust Series 1 | | | | | Buy | 01/03/12 | | | |
| 159. -St. Jude Medical Inc | | | | | Sold | 01/03/12 | | | |
| 160. -Target Corp | | | | | | | | | |
| 161. -Teradata Corp | | | | | Sold (part) | 07/12/12 | | | |
| 162. -Transcanada Corp | | | | | | | | | |
| 163. -Tyco Intl Ltd | | | | | Sold (part) | 04/03/12 | | | |
| 164. -Unilever PLC ADR | | | | | | | | | |
| 165. -Vale SA-Sp ADR | | | | | | | | | |
| 166. -Vmware Inc | | | | | | | | | |
| 167. -Wells Fargo & Co | | | | | | | | | |
| 168. -Zimmer Holdings Inc | | | | | | | | | |
| 169. -Defenders M-S Hedge Fd | | | | | | | | | |
| 170. -Dreyfus Inflation Adjusted Securities Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Dreyfus/Newton Intl Equity | | | | | | | | | |
| 172.  -Dreyfus Select Managers Small Cap Growth Fund | | | | | | | | | |
| 173.  -Dreyfus Select Managers Small Cap Value Fund | | | | | Buy (add'l) | 03/29/12 | | | |
| 174.  -Ishares MSCI Eafe Index Fd | | | | | Buy | 01/03/12 | | | |
| 175.  -Ishares MSCI Emerging Mkts Index Fd | | | | | Buy | 01/03/12 | | | |
| 176.  -Ishares S&P GSCI Commodity-Ind | | | | | | | | | |
| 177.  -Ishares TR S&P Small Cap 600 | | | | | Buy | 01/03/12 | | | |
| 178.  -Strategic Global Stk Fund | | | | | | | | | |
| 179.  -BNY Mellon Emerging Mkts Fund Cl M | | | | | | | | | |
| 180.  -BNY Mellon Intermediate Bond Fund Cl M | | | | | | | | | |
| 181.  -BNY Mellon Mid-Cap Stock Fund Cl M | | | | | | | | | |
| 182.  -BNY Mellon Municipal Opportunities Fund | | | | | | | | | |
| 183.  -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | | | | | |
| 184.  -BNY Mellon Natl S/T Muni Bd Fd Cl M | | | | | | | | | |
| 185.  -BNY Mellon Optima L/S Strategy Fd | | | | | Buy (add'l) | 02/03/12 | | | |
| 186.  -BNY Mellon Optima L/S Strategy Fd | | | | | Buy (add'l) | 05/08/12 | | | |
| 187.  -Mellon Optima L/S Strategy Fd LLC On-Shore Multi-Manager | | | | | Buy | 01/10/12 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Mellon Optima L/S Strategy Fd LLC On-Shore Multi-Manager | | | | | Sold | 02/03/12 | | | |
| 189. -BNY Mellon Small Cap Stock Fd Cl M | | | | | | | | | |
| 190. Trust #3 (1/6 Income Int) | B | Int./Div. | N | T | | | M | A | See Section VIII #1 |
| 191. -BNY Mellon MM Fund CL M | | | | | Mon Mkt Inv | | | | |
| 192. -Advantage Global Alpha Fund-I | | | | | Sold (part) | 07/05/12 | | | |
| 193. -Alliance Data Systems Corp | | | | | | | | | |
| 194. -Allscripts-Misys Healthcare Solution | | | | | | | | | |
| 195. -Amazon.Com Inc | | | | | | | | | |
| 196. -American Express | | | | | | | | | |
| 197. -American International Group Inc | | | | | Buy | 09/17/12 | | | |
| 198. -Ameriprise Fin'l Inc | | | | | | | | | |
| 199. -Anadarko Petroleum Corp | | | | | Buy (add'l) | 01/31/12 | | | |
| 200. -Apache Corp | | | | | | | | | |
| 201. -Apple Inc | | | | | | | | | |
| 202. -Asg Global Alternatives Fund-Y | | | | | Buy (add'l) | 07/03/12 | | | |
| 203. -Asg Managed Futures Strategy Fund | | | | | Buy | 07/05/12 | | | |
| 204. -AT&T Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Autoliv Inc | | | | | Buy (add'l) | 01/27/12 | | | |
| 206.  -Bank of America Corp | | | | | | | | | |
| 207.  -Baxter International Inc | | | | | Sold | 06/20/12 | | | |
| 208.  -Capital One Financial Corp | | | | | Buy (add'l) | 05/08/12 | | | |
| 209.  -Carnival Corp | | | | | | | | | |
| 210.  -Caterpillar Inc | | | | | | | | | |
| 211.  -Cbre Group Inc | | | | | Buy | 01/25/12 | | | |
| 212.  -Cbs Corp Class B | | | | | Buy (add'l) | 01/31/12 | | | |
| 213.  -Cbs Corp Class B | | | | | Buy (add'l) | 02/01/12 | | | |
| 214.  -Chubb Corp | | | | | Sold (part) | 01/25/12 | | | |
| 215.  -Cigna Corp | | | | | | | | | |
| 216.  -Citigroup Inc | | | | | Buy (add'l) | 03/27/12 | | | |
| 217.  -Citigroup Inc | | | | | Sold | 05/17/12 | | | |
| 218.  -Coca-Cola Enterprises Inc | | | | | Buy | 01/22/12 | | | |
| 219.  -Coca-Cola Enterprises Inc | | | | | Buy (add'l) | 02/23/12 | | | |
| 220.  -Cognizant Technology Solutions Corp | | | | | Buy (add'l) | 04/04/12 | | | |
| 221.  -Conocophillips (Spinoff of Phillips 66) | | | | | | 05/01/12 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Cooper Industries PLC | | | | | Buy | 03/16/12 | | | |
| 223. -Covidien PLC | | | | | | | | | |
| 224. -Cummins Inc | | | | | Sold | 06/13/12 | | | |
| 225. -Danaher Corp | | | | | | | | | |
| 226. -Disney Walt Co | | | | | Buy | 06/12/12 | | | |
| 227. -Direct TV | | | | | Buy | 01/25/12 | | | |
| 228. -Direct TV | | | | | Sold | 07/27/12 | | | |
| 229. -Dr Pepper Snapple Group Inc | | | | | Buy | 06/19/12 | | | |
| 230. -DuPont EI De Nemours | | | | | Sold | 04/03/12 | | | |
| 231. -Eaton Corp | | | | | Buy | 04/03/12 | | | |
| 232. -Electronic Arts Inc | | | | | Sold | 06/20/12 | | | |
| 233. -EMC Corp Mass | | | | | | | | | |
| 234. -Energizer Holdings | | | | | Sold | 06/13/12 | | | |
| 235. -Ensco International PLC (Merged With Ensco PLC) | | | | | Merged (with line 236) | 05/22/12 | | | |
| 236. -Ensco PLC (Merged With Ensco International PLC) | | | | | | 05/22/12 | | | |
| 237. -Eog Res Inc | | | | | | | | | |
| 238. -Exxon Mobil Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Fedex Corp | | | | | Buy | 01/31/12 | | | |
| 240.  -Fedex Corp | | | | | Buy (add'l) | 02/01/12 | | | |
| 241.  -Fedex Corp | | | | | Buy (add'l) | 06/26/12 | | | |
| 242.  -Ford Motor Co | | | | | | | | | |
| 243.  -General Electric Co | | | | | | | | | |
| 244.  -Google Inc | | | | | Sold | 03/27/12 | | | |
| 245.  -Hess Corp | | | | | Sold (part) | 01/31/12 | | | |
| 246.  -Hess Corp | | | | | Sold | 02/01/12 | | | |
| 247.  -Highbridge Dynamic Commodities Strategy Fund-E | | | | | Buy | 07/03/12 | | | |
| 248.  -Honeywell Int'l Inc | | | | | Sold | 03/16/12 | | | |
| 249.  -IBM | | | | | | | | | |
| 250.  -Informatica Corp | | | | | | | | | |
| 251.  -Intercontinental Exchange Inc | | | | | | | | | |
| 252.  -Intuit | | | | | | | | | |
| 253.  -Johnson & Johnson | | | | | Buy | 06/19/12 | | | |
| 254.  -JP Morgan Chase & Co | | | | | | | | | |
| 255.  -Limited Brands Inc | | | | | Sold | 07/27/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Lincoln National Corp Ind | | | | | Sold (part) | 01/31/12 | | | |
| 257. -Lincoln National Corp Ind | | | | | Sold | 02/02/12 | | | |
| 258. -Lorillard Inc | | | | | Buy (add'l) | 02/22/12 | | | |
| 259. -Lorillard Inc | | | | | Sold | 09/18/12 | | | |
| 260. -Lyondellbasell Industries NV | | | | | Buy | 04/03/12 | | | |
| 261. -Lyondellbasell Industries NV | | | | | Buy (add'l) | 05/02/12 | | | |
| 262. -McKesson Corp | | | | | Sold (part) | 05/03/12 | | | |
| 263. -Merck & Co Inc | | | | | Buy (add'l) | 05/17/12 | | | |
| 264. -Moodys Corp | | | | | Buy | 04/04/12 | | | |
| 265. -Moodys Corp | | | | | Buy (add'l) | 05/02/12 | | | |
| 266. -National Oilwell Varco Inc | | | | | | | | | |
| 267. -Netapp Inc | | | | | Sold | 06/26/12 | | | |
| 268. -News Corp Inc | | | | | | | | | |
| 269. -Nextera Energy Inc | | | | | | | | | |
| 270. -Norfolk Southern Corp | | | | | Sold | 02/22/12 | | | |
| 271. -Occidental Petro Corp | | | | | | | | | |
| 272. -Omnicom Group Inc | | | | | Sold | 01/30/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Oracle Corp | | | | | Sold (part) | 04/04/12 | | | |
| 274. -Pepsico Inc | | | | | | | | | |
| 275. -Pfizer Inc | | | | | Buy (add'l) | 07/23/12 | | | |
| 276. -Phillip Morris | | | | | | | | | |
| 277. -Phillips 66 (Spinoff From Conocophillips) | | | | | Spinoff (from line 221) | 05/01/12 | | | |
| 278. -Phillips 66 | | | | | Sold | 05/08/12 | | | |
| 279. -Ppl Corp | | | | | Sold | 01/25/12 | | | |
| 280. -Praxir Inc | | | | | | | | | |
| 281. -Procter & Gamble Co | | | | | Sold (part) | 03/30/12 | | | |
| 282. -Procter & Gamble Co | | | | | Sold | 04/02/12 | | | |
| 283. -PVH Corp | | | | | | | | | |
| 284. -Qualcomm Inc | | | | | | | | | |
| 285. -Ralcorp Holdings Inc New | | | | | Buy | 03/30/12 | | | |
| 286. -Ralcorp Holdings Inc New | | | | | Buy (add'l) | 04/03/12 | | | |
| 287. -Robert Half Intl Inc | | | | | | | | | |
| 288. -Rydex Managed Futures Strategy Fund - Y | | | | | Sold | 07/03/12 | | | |
| 289. -St. Jude Medical Inc | | | | | Sold | 07/23/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Sanofi-Aventis ADR | | | | | Buy | 07/25/12 | | | |
| 291. -T Rowe Price Group Inc | | | | | Buy | 01/25/12 | | | |
| 292. -Target Corp | | | | | | | | | |
| 293. -Tcw Emerging Markets Income Fund-I | | | | | Buy | 07/03/12 | | | |
| 294. -Teradata Corp | | | | | Sold (part) | 07/11/12 | | | |
| 295. -Transcanada Corp | | | | | | | | | |
| 296. -Tyco Intl Ltd - W/I | | | | | Sold (part) | 04/03/12 | | | |
| 297. -Unilever PLC ADR | | | | | | | | | |
| 298. -Vale SA-Sp ADR | | | | | | | | | |
| 299. -Vmware Inc | | | | | | | | | |
| 300. -Wells Fargo & Co New | | | | | | | | | |
| 301. -Zimmer Holdings Inc | | | | | | | | | |
| 302. -Defenders M-S Hedge Fd | | | | | | | | | |
| 303. -Dreyfus Emerging Markets Debt Local Currency Fund | | | | | Buy | 07/03/12 | | | |
| 304. -Dreyfus Inflation Adjusted Securities Fund | | | | | Sold (part) | 07/03/12 | | | |
| 305. -Dreyfus Mid Cap Index Fd | | | | | Buy (add'l) | 03/28/12 | | | |
| 306. -Dreyfus Mid Cap Index Fd | | | | | Sold (part) | 07/03/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Dreyfus/Newton Intern Equity-1 | | | | | Sold (part) | 07/03/12 | | | |
| 308. -Dreyfus Opportunistic Small Cap Fund | | | | | | | | | |
| 309. -Dreyfus Premier Limited Term High Yield Fund Cl I | | | | | Buy (add'l) | 07/03/12 | | | |
| 310. -Dreyfus Select Managers Small Cap Growth Fund - I | | | | | Sold (part) | 07/03/12 | | | |
| 311. -Dreyfus Select Managers Small Cap Value Fund - I | | | | | Buy (add'l) | 03/29/12 | | | |
| 312. -Dreyfus Select Managers Small Cap Value Fund - I | | | | | Sold (part) | 07/03/12 | | | |
| 313. -Ishares S&P GSCI Commodity-Ind | | | | | Sold (part) | 07/06/12 | | | |
| 314. -Strategic Global Stock Fund | | | | | | | | | |
| 315. -BNY Mellon Bond Fund Cl M | | | | | Sold | 07/03/12 | | | |
| 316. -BNY Mellon Corporate Bond Fund | | | | | Buy | 07/03/12 | | | |
| 317. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Buy (add'l) | 07/03/12 | | | |
| 318. -BNY Mellon Income Stock Fund | | | | | Buy | 07/03/12 | | | |
| 319. -BNY Mellon Intermediate Bond Fund Cl M | | | | | Sold (part) | 07/03/12 | | | |
| 320. -BNY Mellon Int'l Fund Cl M | | | | | Sold (part) | 07/03/12 | | | |
| 321. -BNY Mellon Large Cap Mkt Opportunities Fund Cl M | | | | | Sold (part) | 07/03/12 | | | |
| 322. -BNY Mellon Mid Cap Stock Fd Cl M | | | | | | | | | |
| 323. -BNY Mellon Municipal Opportunities Fund - M | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Sold (part) | 07/03/12 | | | |
| 325.  -BNY Mellon Natl S/T Muni Bond Fd | | | | | | | | | |
| 326.  -BNY Mellon Optima L/S Strategy Fd LLC | | | | | Buy (add'l) | 02/03/12 | | | |
| 327.  -BNY Mellon Optima L/S Strategy Fd LLC | | | | | Buy (add'l) | 05/08/12 | | | |
| 328.  -Mellon Optima L/S Strategy Fd LLC On-Shore Multi-Manager | | | | | Buy | 01/10/12 | | | |
| 329.  -Mellon Optima L/S Strategy Fd LLC On-Shore Multi-Manager | | | | | Sold | 02/03/12 | | | |
| 330.  -BNY Mellon Short-Term US Government Securities Fund - Cl M | | | | | Sold (part) | 07/03/12 | | | |
| 331.  -BNY Mellon Small Cap Stock Fund Cl M | | | | | Sold | 07/03/12 | | | |
| 332.  -BNY Mellon Small/Mid Cap Fund - M | | | | | Sold (part) | 07/03/12 | | | |
| 333.  Trust #4 (1/6 Income Int) | D | Div & Int | O | T | | | N | C | See Section VIII #1 |
| 334.  -BNY Mellon MM Fund Cl M | | | | | Mon Mkt Inv | | | | |
| 335.  -Advantage Global Alpha Fund-1 | | | | | | | | | |
| 336.  -AT&T Inc | | | | | | | | | |
| 337.  -Alliance Data Sys Corp | | | | | | | | | |
| 338.  -Allscripts-Misys Healthcare Solution | | | | | | | | | |
| 339.  -Amazon.Com Inc | | | | | | | | | |
| 340.  -American International Group Inc | | | | | Buy | 09/17/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  -American Express | | | | | | | | | |
| 342.  -American Tower Corporation | | | | | Buy | 07/11/12 | | | |
| 343.  -Amerprise Finl Inc | | | | | | | | | |
| 344.  -Anadarko Petroleum Corp | | | | | Buy (add'l) | 01/31/12 | | | |
| 345.  -Anadarko Petroleum Corp | | | | | Buy (add'l) | 02/01/12 | | | |
| 346.  -Apache Corp | | | | | | | | | |
| 347.  -Apple Inc | | | | | | | | | |
| 348.  -Autoliv Inc | | | | | | | | | |
| 349.  -Bank of America Corp | | | | | Sold | 01/03/12 | | | |
| 350.  -Baxter International Inc | | | | | Sold | 06/20/12 | | | |
| 351.  -Capital One Financial Corp | | | | | Buy (add'l) | 05/08/12 | | | |
| 352.  -Carnival Corp | | | | | | | | | |
| 353.  -Caterpillar Inc | | | | | | | | | |
| 354.  -Cbs Corp Class B | | | | | Buy (add'l) | 01/31/12 | | | |
| 355.  -Cbs Corp Class B | | | | | Buy (add'l) | 02/01/12 | | | |
| 356.  -Chubb Corp | | | | | | | | | |
| 357.  -Cigna Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Citigroup Inc | | | | | Sold | 01/03/12 | | | |
| 359. -Coca-Cola Enterprises Inc | | | | | Buy | 02/22/12 | | | |
| 360. -Cognizant Technology Solutions Corp | | | | | Buy (add'l) | 04/04/12 | | | |
| 361. -Conocophillips (Spinoff of Phillips 66) | | | | | | 05/01/12 | | | |
| 362. -Cooper Industries PLC | | | | | Buy | 03/16/12 | | | |
| 363. -Covidien PLC | | | | | | | | | |
| 364. -Cummins Inc | | | | | Sold | 06/13/12 | | | |
| 365. -Danaher Corp | | | | | | | | | |
| 366. -Defenders M-S Hedge Fd | | | | | | | | | |
| 367. -Disney Walt Co | | | | | Buy | 06/12/12 | | | |
| 368. -Dr Pepper Snapple Group Inc | | | | | Buy | 06/19/12 | | | |
| 369. -Du Pont El De Numours | | | | | Sold | 04/03/12 | | | |
| 370. -Eaton Corp | | | | | Buy | 04/03/12 | | | |
| 371. -Electronic Arts Inc | | | | | Sold | 06/20/12 | | | |
| 372. -EMC Corp Mass | | | | | | | | | |
| 373. -Energizer Holdings | | | | | Sold | 06/13/12 | | | |
| 374. -Ensco International PLC | | | | | Sold | 01/03/12 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 26 of 86

**Name of Person Reporting**

Standish, William L.

**Date of Report**

1/16/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. -Eog Res Inc | | | | | | | | | |
| 376. -Exxon Mobil Corp | | | | | | | | | |
| 377. -Fedex Corp | | | | | Buy | 01/31/12 | | | |
| 378. -Fedex Corp | | | | | Buy (add'l) | 02/01/12 | | | |
| 379. -Fedex Corp | | | | | Buy (add'l) | 06/26/12 | | | |
| 380. -Ford Motor Co | | | | | Sold | 01/03/12 | | | |
| 381. -General Electric Co | | | | | | | | | |
| 382. -Google Inc | | | | | | | | | |
| 383. -Hess Corp | | | | | Sold (part) | 01/31/12 | | | |
| 384. -Hess Corp | | | | | Sold | 02/01/12 | | | |
| 385. -Honeywell Int'l Inc | | | | | Sold | 03/16/12 | | | |
| 386. -IBM | | | | | | | | | |
| 387. -Informatica Corp | | | | | | | | | |
| 388. -Intercontinental Exchange Inc | | | | | | | | | |
| 389. -Intuit | | | | | | | | | |
| 390. -Johnson & Johnson | | | | | Buy | 06/19/12 | | | |
| 391. -JP Morgan Chase & Co | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. -Limited Brands Inc | | | | | Sold | 07/27/12 | | | |
| 393. -Lincoln National Corp Inc | | | | | Sold (part) | 01/31/12 | | | |
| 394. -Lincoln National Corp Inc | | | | | Sold | 02/02/12 | | | |
| 395. -Lorillard Inc | | | | | Buy (add'l) | 02/22/12 | | | |
| 396. -Lorillard Inc | | | | | Sold | 09/18/12 | | | |
| 397. -Lyondellbasell Industries NV | | | | | Buy | 04/03/12 | | | |
| 398. -Lyondellbasell Industries NV | | | | | Buy (add'l) | 05/02/12 | | | |
| 399. -McKesson Corp | | | | | Sold (part) | 05/03/12 | | | |
| 400. -Merck & Co Inc | | | | | | | | | |
| 401. -Midcap SPDR Trust Series 1 Standard & Poor's Midcap 400 | | | | | Buy | 01/03/12 | | | |
| 402. -Moodys Corp | | | | | Buy | 04/04/12 | | | |
| 403. -Moodys Corp | | | | | Buy (add'l) | 05/03/12 | | | |
| 404. -National Oilwell Varco Inc | | | | | | | | | |
| 405. -Netapp Inc | | | | | Sold | 06/26/12 | | | |
| 406. -News Corp Inc | | | | | | | | | |
| 407. -Nextera Energy Inc | | | | | | | | | |
| 408. -Norfolk Southern Corp | | | | | Sold | 02/22/12 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.   -Occidental Petro Corp | | | | | | | | | |
| 410.   -Omnicom Group Inc | | | | | Sold | 01/03/12 | | | |
| 411.   -Oracle Corp | | | | | Sold (part) | 04/04/12 | | | |
| 412.   -Pepsico Inc | | | | | | | | | |
| 413.   -Pfizer Inc | | | | | | | | | |
| 414.   -Phillip Morris | | | | | | | | | |
| 415.   -Phillips 66 (Spinoff From Conocophillips) | | | | | Spinoff (from line 361) | 05/01/12 | | | |
| 416.   -Phillips 66 | | | | | Sold | 05/08/12 | | | |
| 417.   -Ppl Corp | | | | | | | | | |
| 418.   -Praxair Inc | | | | | | | | | |
| 419.   -Procter & Gamble Co | | | | | Sold (part) | 03/30/12 | | | |
| 420.   -Procter & Gamble Co | | | | | Sold | 04/02/12 | | | |
| 421.   -PVH Corp | | | | | | | | | |
| 422.   -Qualcomm Inc | | | | | | | | | |
| 423.   -Ralcorp Holdings Inc New | | | | | Buy | 03/30/12 | | | |
| 424.   -Ralcorp Holdings Inc New | | | | | Buy (add'l) | 04/05/12 | | | |
| 425.   -Robert Half Int'l Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. -Sanofi-Aventis ADR | | | | | Buy | 07/25/12 | | | |
| 427. -SPDR Trust Series 1 | | | | | Buy | 01/03/12 | | | |
| 428. -St. Jude Medical Inc | | | | | Sold | 01/03/12 | | | |
| 429. -Strategic International Stock Fund | | | | | | | | | |
| 430. -Target Corp | | | | | | | | | |
| 431. -Tcw Emerging Markets Income Fund - I | | | | | | | | | |
| 432. -Teradata Corporation | | | | | Sold (part) | 07/12/12 | | | |
| 433. -Transcanada Corp | | | | | | | | | |
| 434. -Tyco Int'l Ltd | | | | | Sold (part) | 04/03/12 | | | |
| 435. -Unilever PLC ADR | | | | | | | | | |
| 436. -Vale SA-Sp | | | | | | | | | |
| 437. -Vmware Inc | | | | | | | | | |
| 438. -Wells Fargo & Co New | | | | | | | | | |
| 439. -Zimmer Holdings Inc | | | | | Sold | 01/03/12 | | | |
| 440. -Dreyfus Mid Cap Index Fund | | | | | Buy (add'l) | 03/28/12 | | | |
| 441. -Ishares MSCI Eafe Index Fd | | | | | Buy | 01/03/12 | | | |
| 442. -Ishares S&P GSCI Commodity Ind Trade | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 86

Name of Person Reporting

Standish, William L.

Date of Report

1/16/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -Ishares TR S&P Small Cap 600 | | | | | Buy | 01/03/12 | | | |
| 444. -BNY Mellon Emerging Mkts Fund Cl M | | | | | | | | | |
| 445. -BNY Mellon Income Stock Fund | | | | | | | | | |
| 446. -BNY Mellon Mid Cap Stk | | | | | | | | | |
| 447. -BNY Mellon Municipal Opportunities Fund - M | | | | | | | | | |
| 448. -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | | | | | |
| 449. -BNY Mellon Natl ST Muni Bd Fd Cl M | | | | | | | | | |
| 450. -Dreyfus Emerging Mkts Debt Local Currency Fund | | | | | | | | | |
| 451. -Dreyfus Inflation Adjusted Securities Fund | | | | | | | | | |
| 452. -Dreyfus/Newton Intl Eqty | | | | | | | | | |
| 453. -Dreyfus Opportunistic Small Cap Fund | | | | | | | | | |
| 454. -Dreyfus Select Managers Small Cap Growth Fund - I | | | | | | | | | |
| 455. -BNY Mellon Optima L/S Strategy Fd LLC | | | | | Sold (part) | 01/30/12 | | | |
| 456. -BNY Mellon Optima L/S Strategy Fd LLC | | | | | Buy (add'l) | 02/03/12 | | | |
| 457. -BNY Mellon Optima L/S Strategy Fd LLC | | | | | Sold (part) | 03/02/12 | | | |
| 458. -BNY Mellon Optima L/S Strategy Fd LLC | | | | | Buy (add'l) | 05/08/12 | | | |
| 459. -Mellon Optima L/S Strategy Fd LLC On-Shore Multi-Manager | | | | | Buy | 01/10/12 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -Mellon Optima L/S Strategy Fd LLC On-Shore Multi-Manager | | | | | Sold | 02/03/12 | | | |
| 461. Custody Acct #1 (100% Interest) | | | | | | | | | |
| 462. -PNC PA Tax Exempt MM Fund # | A | Interest | M | T | | | | | |
| 463. -Abbott Laboratories | E | Dividend | O | T | Donated (part) | 06/01/12 | L | | |
| 464. -Agilent Tech Inc | B | Dividend | M | T | | | | | |
| 465. -American Express | B | Dividend | M | T | | | | | |
| 466. -Automatic Data Processing | C | Dividend | M | T | | | | | |
| 467. -Barrick Gold Corp | B | Dividend | M | T | | | | | |
| 468. -BJW Inc (S Corp) Alexandria, V | | None | K | U | | | | | |
| 469. -Emerson Electric Co | D | Dividend | M | T | | | | | |
| 470. -Exxon Mobil Corp | D | Dividend | O | T | | | | | |
| 471. -Frontier Comm | C | Dividend | L | T | | | | | |
| 472. -General Electric Co | C | Dividend | M | T | | | | | |
| 473. -H J Heinz Co | B | Dividend | L | T | | | | | |
| 474. -Ishares MSCI Pacific Ex Jpn | B | Dividend | L | T | | | | | |
| 475. -Johnson & Johnson | E | Dividend | O | T | | | | | |
| 476. -JP Morgan Chase | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -Merck & Co | D | Dividend | N | T | | | | | |
| 478. -Microsoft Corp | D | Dividend | N | T | | | | | |
| 479. -National Grid PLC | D | Dividend | M | T | | | | | |
| 480. -Nestle S A | D | Dividend | N | T | | | | | |
| 481. -Oracle Corp | B | Dividend | N | T | | | | | |
| 482. -Pepsico Inc | D | Dividend | M | T | | | | | |
| 483. -Philllip Morris | C | Dividend | M | T | | | | | |
| 484. -Procter & Gamble | D | Dividend | N | T | | | | | |
| 485. -RPM Int'l Inc | C | Dividend | M | T | | | | | |
| 486. -Schlumberger Ltd | B | Dividend | M | T | | | | | |
| 487. -Stryker Corp | B | Dividend | M | T | | | | | |
| 488. -3M Co | D | Dividend | N | T | | | | | |
| 489. -Tortoise Energy Infrastructure | D | Dividend | M | T | | | | | |
| 490. -Transcanada Corp | C | Dividend | M | T | | | | | |
| 491. -Verizon Communications | D | Dividend | M | T | | | | | |
| 492. -Wisdomtree Emerging Markets Small Cap Dividend Fund | C | Dividend | M | T | | | | | |
| 493. -Cocalico SD PA 2.0-2014 | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 86

Name of Person Reporting

Standish, William L.

Date of Report

1/16/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -Lancaster PA SD GO AGM St Aid Withhldg 2.0-2016 | A | Interest | M | T | | | | | |
| 495. -Monroe County PA 2.8-2016 | C | Interest | M | T | | | | | |
| 496. -South Western SD PA York 3.15-2018 | B | Interest | M | T | | | | | |
| 497. -Upper Moreland Twp PA Sch Dist 3.0-2016 | A | Interest | M | T | Buy | 07/09/12 | M | | |
| 498. -Ltd Partnerships -- | | | | | | | | | |
| 499. -One Atlanta Assocs - Atlanta, GA Real Estate | A | Distribution | K | W | | | | | |
| 500. Bank Accts -- | | | | | | | | | |
| 501. -Mellon Bank N. A. | A | Interest | M | T | | | | | |
| 502. -PNC Bank | A | Interest | O | T | | | | | |
| 503. Trust #5 (100% Income Interest) | E | Div & Int | P1 | T | | | M | E | See Section VIII #1 |
| 504. -Blackrock Funds Municipal MM Institutional Shares # | | | | | | | | | |
| 505. -American Water Works Co Inc | | | | | Buy | 06/05/12 | | | |
| 506. -Apple Inc | | | | | | | | | |
| 507. -Bard C R Inc | | | | | | | | | |
| 508. -Baxter Intl Inc | | | | | | | | | |
| 509. -Bristol Meyers Squibb Co | | | | | | | | | |
| 510. -Caterpillar Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 86

Name of Person Reporting

Standish, William L.

Date of Report

1/16/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -Coca Cola Co | | | | | Sold (part) | 06/05/12 | | | |
| 512. -Disney Walt Co | | | | | | | | | |
| 513. -Dow Chemical Co | | | | | | | | | |
| 514. -Eaton Vance Global Macro Absolute Return Fund | | | | | | | | | |
| 515. -Enbridge Inc | | | | | Buy | 06/05/12 | | | |
| 516. -Exxon Mobil Corp | | | | | | | | | |
| 517. -Franklin Res Inc | | | | | | | | | |
| 518. -General Electric Co | | | | | | | | | |
| 519. -H J Heinz Co | | | | | | | | | |
| 520. -Intel Corp | | | | | Sold (part) | 06/05/12 | | | |
| 521. -Ishares Trst MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 522. -Johnson & Johnson | | | | | | | | | |
| 523. -JPMorgan Chase & Co | | | | | Buy | 06/05/12 | | | |
| 524. -Master Card | | | | | | | | | |
| 525. -McDonalds Corp Cl A | | | | | | | | | |
| 526. -Microsoft Corp | | | | | | | | | |
| 527. -Nextera Energy Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 86

Name of Person Reporting

Standish, William L.

Date of Report

1/16/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -Nike Inc Cl B | | | | | | | | | |
| 529. -Novartis AG | | | | | | | | | |
| 530. -Perkins Mid Cap Value | | | | | | | | | |
| 531. -Schlumberger Ltd | | | | | | | | | |
| 532. -3M Co | | | | | | | | | |
| 533. -The Travelers Co | | | | | | | | | |
| 534. -Verizon | | | | | | | | | |
| 535. -Wal-Mart Stores | | | | | | | | | |
| 536. -Waste Management Inc | | | | | | | | | |
| 537. -Wells Fargo & Co New | | | | | | | | | |
| 538. -Vanguard FTSE All World Ex-US Index Fd | | | | | Sold (part) | 05/01/12 | | | |
| 539. Trust #6 (100% Income Interest) | F | Int./Div. | P1 | T | | | N | E | See Section VIII #1 |
| 540. -Blackrock Funds Municipal MM Institutional Shares # | | | | | | | | | |
| 541. -Abbott Laboratories Inc | | | | | | | | | |
| 542. -American Water Works Co Inc | | | | | Buy | 06/05/12 | | | |
| 543. -Apple Inc | | | | | | | | | |
| 544. -Bard C R Inc | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 86

Name of Person Reporting

Standish, William L.

Date of Report

1/16/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. -Bristol Myers Squibb Co | | | | | | | | | |
| 546. -Caterpillar Inc | | | | | | | | | |
| 547. -Coca Cola Co | | | | | | | | | |
| 548. -Eaton Vance Global Macro Absolute Return Fund | | | | | | | | | |
| 549. -El Dupont deNemours | | | | | | | | | |
| 550. -Emerson Electric Co | | | | | | | | | |
| 551. -Enbridge Inc | | | | | | Buy | 06/05/12 | | | |
| 552. -Exxon Mobil Corp | | | | | | | | | |
| 553. -Franklin Res Inc | | | | | | | | | |
| 554. -General Mills Inc | | | | | | | | | |
| 555. -Google Inc Cl A | | | | | | | | | |
| 556. -Home Depot Inc | | | | | | Sold (part) | 06/05/12 | | | |
| 557. -Intel Corp | | | | | | | | | |
| 558. -Ishares Trust MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 559. -JPMorgan Chase & Co | | | | | | Buy | 06/05/12 | | | |
| 560. -Kimberly-Clark Corp | | | | | | | | | |
| 561. -Master Card Inc Cl A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 86

Name of Person Reporting

Standish, William L.

Date of Report

1/16/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. -McDonalds Corp | | | | | | | | | |
| 563. -Microsoft Corp | | | | | | | | | |
| 564. -Nextera Energy Inc | | | | | | | | | |
| 565. -Novartis AG | | | | | | | | | |
| 566. -PPG Industries Inc | | | | | | | | | |
| 567. -Proctor & Gamble Co | | | | | | | | | |
| 568. -Qualcomm Inc | | | | | | | | | |
| 569. -Schlumberger Ltd | | | | | | | | | |
| 570. -3M Company | | | | | | | | | |
| 571. -Vanguard FTSE All World Ex-US Index Fd | | | | | Sold (part) | 05/01/12 | | | |
| 572. -Verizon | | | | | | | | | |
| 573. -Wal-Mart Stores Inc | | | | | | | | | |
| 574. -Waste Management Inc | | | | | | | | | |
| 575. -Wells Fargo & Co New | | | | | | | | | |
| 576. -Zimmer Holdings Inc | | | | | | | | | |
| 577. Trust #7 (No Income Rec'd) | None | | P2 | T | | | P1 | G | See Section VIII #1 |
| 578. -Blackrock Funds Municipal MM Institutional Shares # | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  -Amarillo TX Indep Sch Dist 3.0-2014 | | | | | Buy | 06/21/12 | | | |
| 580.  -Centennial SD Bucks Cnty Ser A 2.0-2013 | | | | | | | | | |
| 581.  -Cumberland Cnty PA 3.375 - 2015 | | | | | | | | | |
| 582.  -N Coventry Twp PA 3.15 - 2014 | | | | | | | | | |
| 583.  -Okaloosa Cnty FL Sch Bd 3.5-2013 | | | | | | | | | |
| 584.  -Palisades PA Sch Dist 1.0-2014 | | | | | Buy | 05/17/12 | | | |
| 585.  -Pine Grove Area Sch Dist 3.25-2015 | | | | | | | | | |
| 586.  -Susquehanna Twp PA Sch Dist 3.3-2015 | | | | | | | | | |
| 587.  -Upper Dublin Twp PA 01.0-2013 | | | | | | | | | |
| 588.  -Wilmington NC Wtr & Sewer 3.75-2012 | | | | | Matured | 06/01/12 | | | |
| 589.  -Agilent Tech | | | | | | | | | |
| 590.  -Allergan Inc | | | | | | | | | |
| 591.  -American Express Co | | | | | | | | | |
| 592.  -American Water Works Co Inc | | | | | Buy | 06/05/12 | | | |
| 593.  -Apple Inc | | | | | | | | | |
| 594.  -Bard C R Inc | | | | | | | | | |
| 595.  -Caterpillar Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -ChevronTexaco Corp | | | | | | | | | |
| 597. -Chubb Corp | | | | | Buy | 06/05/12 | | | |
| 598. -Coca Cola Corp | | | | | | | | | |
| 599. -Walt Disney Co | | | | | | | | | |
| 600. -Dominion Resources Inc VA | | | | | | | | | |
| 601. -Dow Chemical | | | | | | | | | |
| 602. -De Master Blenders (Spinoff From Sara Lee Corp) | | | | | Spinoff (from line 628) | 06/29/12 | | | |
| 603. -Eaton Vance Global Macro Absolute Return Fund | | | | | | | | | |
| 604. -Emerson Electric Co | | | | | Sold (part) | 06/05/12 | | | |
| 605. -Enbridge Inc | | | | | Buy | 06/05/12 | | | |
| 606. -Express Scripts Hldg Co (Merged W/ Medco Hlth Solutions) | | | | | | 04/03/12 | | | |
| 607. -Franklin Res Inc | | | | | | | | | |
| 608. -General Electric Co | | | | | | | | | |
| 609. -General Mills | | | | | | | | | |
| 610. -Google Inc | | | | | | | | | |
| 611. -Hanesbrands | | | | | | | | | |
| 612. -Hewlett-Packard Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. -Int'l Business Machines Corp | | | | | Sold (part) | 06/05/12 | | | |
| 614. -Intel Corp | | | | | Sold (part) | 06/05/12 | | | |
| 615. -Ishares Trust MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 616. -JPMorgan Chase & Co | | | | | Buy | 06/05/12 | | | |
| 617. -Marriott Int'l Inc | | | | | | | | | |
| 618. -Marriott Vaca Worldwide Corp | | | | | Sold | 06/05/12 | | | |
| 619. -Mastercard Inc Cl A | | | | | | | | | |
| 620. -McDonalds Corp | | | | | | | | | |
| 621. -Medco Hlth Solutions Inc (Merged w Express Scripts Hldg Co) | | | | | Merged (with line 606) | 04/03/12 | | | |
| 622. -Microsoft Corp | | | | | | | | | |
| 623. -Nextera Energy Inc | | | | | | | | | |
| 624. -Norfolk Southern Corp | | | | | Sold (part) | 06/05/12 | | | |
| 625. -Novartis AG | | | | | | | | | |
| 626. -Pfizer Inc | | | | | | | | | |
| 627. -Procter & Gamble Co | | | | | | | | | |
| 628. -Hillshire Brands (Formerly Known As Sara Lee) | | | | | | 06/29/12 | | | |
| 629. -Schlumberger Ltd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | | | Standish, William L. | | | | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. -3M Co | | | | | | | | | |
| 631. -Vanguard FTSE All World Ex-US Index Fd | | | | | Sold (part) | 05/01/12 | | | |
| 632. -Verizon | | | | | | | | | |
| 633. -Wells Fargo & Co New | | | | | | | | | |
| 634. -Weyerhauser Co | | | | | | | | | |
| 635. Trust #8-A ( Exempt Trust) | D | Int./Div. | O | T | | | M | E | See Section VIII #1 |
| 636. -BNY Mellon Nat'l Muni MM Fund M | | | | | Mon Mkt Inv | | | | |
| 637. -AT & T Inc | | | | | | | | | |
| 638. -Alliance Data Sys Corp | | | | | | | | | |
| 639. -Allscripts-Misys Healthcare Solution | | | | | | | | | |
| 640. -Amazon.Com Inc | | | | | | | | | |
| 641. -American Express | | | | | | | | | |
| 642. -Amerprise Finl Inc | | | | | | | | | |
| 643. -Anadarko Petroleum Corp | | | | | Buy (add'l) | 01/31/12 | | | |
| 644. -Apache Corp | | | | | | | | | |
| 645. -Apple Inc | | | | | | | | | |
| 646. -Autoliv Inc | | | | | Buy (add'l) | 01/25/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | | Date of Report |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. -Bank of America Corp | | | | | | | | | |
| 648. -Baxter International | | | | | Sold | 06/19/12 | | | |
| 649. -Capital One Financial | | | | | Buy (add'l) | 05/08/12 | | | |
| 650. -Carnival Corp | | | | | | | | | |
| 651. -Caterpillar Inc | | | | | | | | | |
| 652. -Cbre Group Inc | | | | | Buy | 01/25/12 | | | |
| 653. -Cbs Corp Class B | | | | | Buy (add'l) | 01/31/12 | | | |
| 654. -Chubb Corp | | | | | Sold (part) | 01/25/12 | | | |
| 655. -Cigna Corp | | | | | | | | | |
| 656. -Citigroup Inc | | | | | Buy (add'l) | 03/27/12 | | | |
| 657. -Citigroup Inc | | | | | Sold | 05/17/12 | | | |
| 658. -Cognizant Technology Solutions Corp | | | | | Buy (add'l) | 04/04/12 | | | |
| 659. -Conocophillips (Spinoff of Phillips 66) | | | | | | 05/01/12 | | | |
| 660. -Cooper Industries PLC | | | | | Buy | 03/16/12 | | | |
| 661. -Covidien PLC | | | | | | | | | |
| 662. -Cummins Inc | | | | | Sold | 06/13/12 | | | |
| 663. -Danaher Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. -Directv | | | | | Buy | 01/25/12 | | | |
| 665. -Disney Walt Co | | | | | Buy | 06/13/12 | | | |
| 666. -Dr Pepper Snapple Group Inc | | | | | Buy | 06/19/12 | | | |
| 667. -DuPont EI De Nemours | | | | | Sold | 04/03/12 | | | |
| 668. -Eaton Corp | | | | | Buy | 04/03/12 | | | |
| 669. -Electronic Arts Inc | | | | | Sold | 06/19/12 | | | |
| 670. -EMC Corp Mass | | | | | | | | | |
| 671. -Energizer Hldgs Inc | | | | | Sold | 06/13/12 | | | |
| 672. -Ensco International PLC (Merged With Ensco PLC) | | | | | Merged (with line 673) | 05/22/12 | | | |
| 673. -Ensco PLC (Merged With Ensco International PLC) | | | | | | 05/22/12 | | | |
| 674. -Eog Res Inc | | | | | | | | | |
| 675. -Exxon Mobil Corp | | | | | | | | | |
| 676. -Fedex Corp | | | | | Buy | 01/31/12 | | | |
| 677. -Fedex Corp | | | | | Buy (add'l) | 06/25/12 | | | |
| 678. -Ford Motor Co | | | | | | | | | |
| 679. -General Electric Co | | | | | | | | | |
| 680. -Google Inc | | | | | Sold | 03/27/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |